E-FILED
Tuesday, 29 July, 2008  12:56:33 PM
Clerk, U.S. District Court, ILCD

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) COURT NO. 98-10008-001 |
| LAWRENCE E. MEIER, JR., | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of JAMES A. LEWIS, Assistant United States Attorney, as co-counsel for the United States in this case.

Respectfully submitted,

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**

```
s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-Mail: Jim.Lewis2@usdoj.gov
```

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **ENTRY** was mailed on July 29, 2008, upon the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

        Lawrence E. Meier, Jr.
        3400 N. Alma School Road Apt. 2086
        Chandler, AZ 85224-8018

```
s/James A. Lewis
James A. Lewis, NC Bar # 5470
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Tel: 217-492-4450
Fax: 217-492-4888 or 4580
E-Mail: Jim.Lewis2@usdoj.gov
```